**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01059-RBJ-NYW

BENJAMIN WELCH

    Plaintiff,

v.

USCB CORPORATION, a Pennsylvania corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED this 8th day of June, 2015.

BY THE COURT:

*[signature: Brooke Jackson]*

R. Brooke Jackson
United States District Judge